UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 13CR3733-JLS |
| | ) | |
| Plaintiff, | ) | ORDER AND JUDGMENT |
| | ) | DISMISSING INFORMATION |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| MARIO ANICETO-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the Government, **IT IS HEREBY ORDERED** that:

The Information in the above-entitled case is dismissed, without prejudice, in the interest of justice, pursuant to Rule 48(a), Federal Rules of Criminal Procedure.

**SO ORDERED.**

DATED: November 6, 2013

_____
HONORABLE JANIS L. SAMMARTINO
United States District Court Judge

1